IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WILLIAM J. SEDLAK, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:18CV515 |
| v. | ) | |
| | ) | **JUDGMENT** |
| ANDREW SAUL, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order filed this date, judgment is entered for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees in the total amount of $2,088.07. While the fee award is payable to Plaintiff as the litigant, with Defendant's agreement, such payment shall be sent to Plaintiff's counsel, Wes Kappelman, at Kappelman Law Firm, P.O. Box 1792, Ames, IA 50010.

DATED this 29th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge